**IN THE DISTRICT COURT OF THE UNITED STATES**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**3:05CR230**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **)** | |
| | **)** | |
| **vs.** | **)** | |
| | **)** | **ORDER** |
| **Maximino Garcia Montano (2)** | **)** | |
| **Gerardo Rivera Sanchez (3)** | **)** | |

 

**THE MATTER** is before the court upon motion of Defendant Gerardo Sanchez-Rivera for a continuance of this matter from the July 18, 2005 criminal term in the Charlotte Division.

**The court finds** for the reasons stated in Defendant's motion that Defendant has sufficient cause for a continuance in this matter.   The court further finds that the ends of justice served by taking such action as requested by the Defendant outweigh the interest of the public and Defendant to a speedy trial as set forth in 18 U.S.C. 3161(h)(8)(1).

**IT IS THEREFORE ORDERED** that Defendant's motion for continuance be, and it hereby is, **granted to the September 12, 2005  term as to the above named Defendants in this case** in the Charlotte Division.

The Clerk is directed to certify copies of this order to Defendants, counsel for Defendants, to the United States Attorney, the United States Marshals Service, and the U.S. Probation Office.

**Signed: July 13, 2005**

Graham C. Mullen
Chief United States District Judge