# UNITED STATES DISTRICT COURT FOR
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | 3:05CR230-MU |
| vs. ) | |
| MAXIMO GARCIA MONTANO ) | |
| Defendant. ) | |

## ORDER FOR PRO HAC VICE ADMISSION

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

the defendants' motion is granted and Joseph D. Vasquez is admitted to practice before the Western District of North Carolina with Eric A. Bach appearing as local counsel for the defendant, Maximo Garcia Montano.

**SO ORDERED**.

Signed: April 7, 2006

Carl Horn, III
United States Magistrate Judge